**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRANITE VEHICLE VENTURES LLC, | Case No. 26-cv-01457-TLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING *EX PARTE* REEXAMINATIONS** |
| v. | |
| TESLA, INC., | |
| Defendant. | |

The Court, having considered Defendant's Motion to Stay Pending *Ex Parte* Reexamination, the briefs in opposition and reply, and the arguments of the parties,

HEREBY ORDERS that the Motion is granted. The action is stayed pending the outcome of the reexamination of the patents-in-suit by the United States Patent & Trademark Office.

IT IS SO ORDERED

Dated: _____

_____
Honorable Trina L. Thompson
United States District Court Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO STAY
PROCEEDINGS PENDING *EX PARTE*
REEXAMINATIONS
CASE NO. 3:26-cv-01457-TLT