UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANITE VEHICLE VENTURES LLC,

   Plaintiff,

  v.

TESLA INC.,

   Defendant.

Case No. 26-cv-01457-TLT   (TSH)

**NOTICE OF REFERRAL FOR DISCOVERY**

This case has been referred to the undersigned magistrate judge for all discovery.  For any pending matters at the time of referral, the Court will issue a separate order.  For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

**IT IS SO ORDERED.**

Dated: June 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge