UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANITE VEHICLE VENTURES LLC,

          Plaintiff,

     v.

TESLA INC.,

          Defendant.

Case No.  26-cv-01457-TLT   (TSH)

**DISCOVERY ORDER**

This case was transferred from the Eastern District of Texas earlier this year, and discovery was recently referred to the undersigned magistrate judge.  A review of the docket indicates that Plaintiff filed a motion to compel at ECF No. 104, which was then corrected at ECF No. 107 and opposed at ECF No. 118.  It also appears that Plaintiff filed a second motion to compel at ECF No. 121, which was opposed at ECF No. 124, and then narrowed at ECF No. 125.  However, these filings were made several months ago, so these disputes may have evolved or changed since then.  Further, there are many docket entries from when the case was pending in the Eastern District of Texas, many of which are under seal, and the Court is not able to access under seal filings made in the other district, so it is possible there are other pending discovery disputes beyond the ones identified above.

Accordingly, the Court **ORDERS** the parties to file a discovery status report no later than June 17, 2026, identifying all pending discovery disputes that need to be ruled on.  Because the Court is not able to view under seal filings made in the previous district, the Court also **ORDERS** the parties to attach as exhibits to their discovery status report all prior filings that were made in connection with the pending discovery disputes.

     **IT IS SO ORDERED.**

Dated: June 3, 2026

_____

THOMAS S. HIXSON
United States Magistrate Judge