UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE VEHICLE VENTURES LLC, | Case No. 26-cv-01457-TLT |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| TESLA INC., | Re: Dkt. No. 197 |
| Defendant. | |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge to conduct a settlement conference by December 18, 2026, or as soon thereafter as is convenient for the assigned Magistrate Judge. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge.

Should the case settle, the parties are ORDERED to file a Notice of Settlement within three days so that the Court may vacate any pending dates.

IT IS SO ORDERED.

Dated: June 26, 2026

TRINA L. THOMPSON
United States District Judge