UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANITE VEHICLE VENTURES LLC,

Plaintiff,

v.

TESLA INC.,

Defendant.

Case No. 26-cv-01457-TLT

**ORDER DENYING DEFENDANT'S MOTION TO STAY**

Re: Dkt. No. 185

Before the Court is Defendant Tesla's Motion to Stay Litigation. ECF 185. The Court, having considered Defendant's Motion to Stay Litigation, Plaintiffs' Opposition, and the Reply in Support, finds as follows:

The request to stay litigation pending *ex parte* reexamination ("EPR") at the Patent Office ("PTO") of U.S. Patent Nos. 11,597,402 ("the '402 Patent"), 11,738,765 ("the '765 Patent"), and 12,037,004 ("the '004 Patent") (collectively, the "Asserted Patents") is **DENIED** without prejudice. The hearing set for August 4, 2026, is hereby **VACATED**.

All remaining dates in **ECF 197** are hereby **MAINTAINED.**

The Parties are ordered to provide a Joint Status Statement to the Court within fourteen (14) days of the PTO issuing an office action in the EPRs involving the '765 and '004 Patents or fourteen (14) days of the PTO denying those EPRs under 35 U.S.C. § 325(d). In addition, the Joint Status Statement should also report on each party's position regarding the PTO's action.

The future court dates are as follows:

Further Case Management Conference set for December 17, 2026, at 2:00 PM in San Francisco - Videoconference Only. Joint Case Management Statement due by December 10, 2026.

Claim Construction Hearing set for May 3, 2027, at 11:00 AM in San Francisco, Courtroom 09, 19th Floor.

This order resolves ECF 185.

IT IS SO ORDERED.

Dated: July 28, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2